United States District Court
Middle District of Florida
Jacksonville Division

**CHRISTOPHER A. OBAS,**

***Plaintiff,***

**v.** **NO. 3:26-cv-1191-JEP-PDB**

**COMMISSIONER OF SOCIAL SECURITY,**

***Defendant.***

---

## Order

After the plaintiff failed to file a brief, the court ordered him to show cause by September 2, 2026, why the action should not be dismissed for failure to prosecute. Doc. 7. The clerk mailed the order to the plaintiff the same day, and the mail has not been returned as undeliverable. Since the order, the plaintiff has filed nothing.

By **October 8, 2026**, the plaintiff must show cause why the action should not be dismissed for failure to prosecute. *See* Doc. 7. **The plaintiff is warned that failure to comply with this order will result in a recommendation of dismissal. Considering the 60-day period for requesting judicial review under 42 U.S.C. § 405(g), the dismissal would preclude the plaintiff from challenging the decision in federal court.**

**Ordered** in Jacksonville, Florida, on September 11, 2026.

Patricia D. Barksdale
*United States Magistrate Judge*

c: Christopher Obas
6305 Autumn Berry Circle
Jacksonville, FL 32258